SARAH A. PARISH, Executrix, etc., Appellant, *v.* DANIEL W. SMITH, Respondent.

(Argued February 4, 1881 ; decided February 11, 1881.)

*George H. Foster* for appellant.

*John E. Parsons* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

ALMIRA LONG, as Administratrix, etc., Respondent, *v.* THE VILLAGE OF TONAWANDA, Appellant.

(Submitted February 8, 1881; decided February 11, 1881.)

*Osgoodby, Titus & Moot* for appellant.

*P. A. Matteson* for respondent.

AGREE to affirm without opinion.
All concur, except FOLGER, Ch. J., dissenting, and RAPALLO, J., absent.
Judgment affirmed.

---

ELIAS M. SPERLING, Respondent, *v.* WILLIAM C. CONNER, Sheriff, etc., Appellant.

(Submitted February 10, 1881 ; decided March 1, 1881.)

*Almon Goodwin* for appellant.

*Henry A. Root* for respondent.

Agree to affirm without opinion.
All concur, except MILLER, J., not voting, and RAPALLO, J., absent.
Judgment affirmed.